LIBBY GURIAN, Respondent-Appellant, v. WILLIAM GURIAN, Appellant-Respondent.—

Rabin, P. J., Munder, Latham, Christ and Brennan, JJ., concur.